# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ELZIE WAYNE HOOKS, III,** | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-24-299-G |
| **UNITED STATES OF AMERICA,** | ) ) ) |
| Respondent. | ) ) |

## ORDER

Petitioner Elzie Wayne Hooks, III, a prisoner appearing pro se, filed a Petition for Writ of Habeas Corpus (Doc. No. 1) on March 25, 2024. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin.

On May 9, 2024, Judge Erwin issued a Report and Recommendation (Doc. No. 7), in which he recommended this action be dismissed based upon Petitioner's failure to comply with the Court's orders. In the Report and Recommendation, Judge Erwin advised Plaintiff of his right to object to the Report and Recommendation by May 28, 2024. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Petitioner has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.[1]

---

[1] The Court's mailings to Plaintiff at his last known address have been returned as undeliverable. It is Plaintiff's responsibility to keep the Court apprised of his current contact information. *See* LCvR 5.4.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 7) is ADOPTED in its entirety. This action is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 7th day of November, 2024.

*(signed)*
CHARLES B. GOODWIN
United States District Judge